**FILED**
**JANUARY 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 435**

| | |
|---|---|
| JOSE BRINGAS AND CARMEN BALDERAS, INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF BRAULIO A. BRINGAS, a disabled minor, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE COLE**

## COMPLAINT AT LAW

Plaintiffs, JOSE BRINGAS AND CARMEN BALDERAS, AS PARENTS AND NEXT FRIENDS OF BRAULIO A. BRINGAS, a disabled minor, by their attorneys, PATRICK J. KENNEALLY, LTD., and complaining of Defendant, THE UNITED STATES OF AMERICA, hereby state as follows:

### COUNT I

1.  On or about January 12, 2005, Carmen Balderas presented to Mercy Medical Center in Chicago, Illinois for the birth of her child, Braulio A. Bringas, and was under the care of Mark E. Kosanovich, M.D.

2.  At all times relevant, Mark E. Kosanovich, M.D. was acting as an employee of the United State of America pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671 *et seq*.

3.  At all times relevant, it was the duty of Mark E. Kosanovich, M.D. to exercise due care and caution in the examination, diagnosis, care and treatment of the Plaintiffs.

4.  The aforementioned notwithstanding, Mark E. Kosanovich, M.D. breached his duty in one or more of the following ways:

      (a)    Failed to timely deliver Braulio A. Bringas by emergency cesarean section.

5.    As a direct and proximate result of the aforesaid, Braulio A. Bringas suffered and will continue to suffer serious and permanent injuries including, but not limited to, pain and suffering, disability, disfigurement, loss of a normal life, loss of earning capacity and medical expenses.

6.    Braulio A. Bringas did not, nor through the exercise of reasonable diligence could have, discovered his injury and its cause until, at the very earliest, a six month follow-up visit to the pediatric neurology clinic on July 14, 2005.

7.    A complaint was filed in the Circuit Court of Cook County, Illinois on January 25, 2007, which was removed to the District Court under 07 C 3888 and ultimately dismissed *without* prejudice as premature (failure to exhaust administrative remedy).

8.    An administrative tort claim was filed on May 7, 2007; the United States has not responded; and at least six (6) months has passed. The Plaintiffs deem the passing of six (6) months without a response as a final denial of the claim pursuant to 28 U.S.C. §2675(a).

9.    A copy of the attorney affidavit and certification that were made part of the original state court filing pursuant to 735 ILCS 5/2-622 is attached hereto.

**WHEREFORE,** the Plaintiffs, JOSE BRINGAS AND CARMEN BALDERAS, AS PARENTS AND NEXT FRIENDS OF BRAULIO A. BRINGAS, a disabled minor, request that this Court enter an *Order* in their favor and against the Defendant, THE UNITED STATES OF AMERICA, in an amount such will fairly and adequately compensate them for their losses and any and other relief deemed just and necessary by this Court.

## COUNT II
## FAMILY EXPENSE ACT

Plaintiffs, JOSE BRINGAS AND CARMEN BALDERAS, AS PARENTS AND NEXT FRIENDS OF BRAULIO A. BRINGAS, a disabled minor, reallege and incorporate by reference the allegations contained in Count I.

1. At all times relevant, Plaintiffs, Plaintiffs, JOSE BRINGAS and CARMEN BALDERAS, were and are the natural parents of BRAULIO A. BRINGAS, a disabled minor, and are obligated by the provisions of the Family Expense Act, 750 ILCS 65/15.

2. Plaintiffs, JOSE BRINGAS and CARMEN BALDERAS, have and will incur expenses as a result of their son's injuries and disability.

3. Plaintiffs, JOSE BRINGAS and CARMEN BALDERAS, seek as damages past and future expenses for the benefit of their son, BRAULIO A. BRINGAS, a disabled minor.

**WHEREFORE,** the Plaintiffs, JOSE BRINGAS AND CARMEN BALDERAS, AS PARENTS AND NEXT FRIENDS OF BRAULIO A. BRINGAS, a disabled minor, request that this Court enter an *Order* in their favor and against the Defendant, THE UNITED STATES OF AMERICA, in an amount such will fairly and adequately compensate them for their losses and any and other relief deemed just and necessary by this Court.

PATRICK J. KENNEALLY, LTD.

Electronic Signature:  Robert F. Geimer
Robert F. Geimer

PATRICK J. KENNEALLY, LTD.
30 North LaSalle Street
Suite 4030
Chicago, Illinois  60602
(312) 236-2522