IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE BRINGAS AND CARMEN BALDERAS, INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF BRAULIO A. BRINGAS, a disabled minor,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C 435<br>) Honorable Wayne R. Andersen<br>) Magistrate Judge Jeffrey Cole<br>)<br>) |

# EXHIBIT TO COMPLAINT FILED ON 01/18/08

PATRICK J. KENNEALLY, LTD.

Electronic Signature:   Robert F. Geimer
Robert F. Geimer

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JOSE BRINGAS AND CARMEN BALDERAS, AS PARENTS AND NEXT FRIENDS OF BRAULIO A. BRINGAS, a disabled minor, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No.<br>) **JURY DEMANDED** |
| MARK E. KOSANOVICH, M.D., | )<br>) |
| Defendant. | ) |

### ATTORNEY AFFIDAVIT WITH CONSULTANTS' REPORTS PURSUANT TO SECTION 2-622 OF THE ILLINOIS CODE OF CIVIL PROCEDURE

The undersigned Attorney-Affiant, having been first duly sworn on oath, deposes and states as follows pursuant to the Illinois Code of Civil Procedure, Section 2-622:

1. The Affiant is one of the attorneys representing the Plaintiffs in this cause.

2. The Affiant has reviewed the facts of this case with various health professionals, and reasonably believes that the health professionals aforesaid are qualified to submit reports, each being qualified in one or more of the ways set forth in Paragraph (i) through (iii) of 735 ILCS 5/2-622.

3. After a review of CARMEN BALDERAS' and BRAULIO A. BRINGAS' relevant medical records, the aforesaid health professionals have determined that there exist reasonable and meritorious causes for filing of this action (see attached written report).

4. The Affiant has concluded on the basis of the reviewing health professionals' respective reviews and consultations that there exist reasonable and meritorious causes for filing of this action.

5. The Affiant states that Plaintiffs are not at this time relying on the doctrine of *res ipsa loquitur*, as defined by Section 2-1113 of the Illinois Code of Civil Procedure.

6.  The Affiant states that the doctrine of informed consent is not, at this time, applicable in this cause.

> Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Instrument are true and correct except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Robert F. Geimer

PATRICK J. KENNEALLY, LTD.
30 North LaSalle Street
Suite 4030
Chicago, Illinois 60602
(312) 236-2522
Firm I.D. No.: 25559

*Estate of Braulio Alfredo Bringas, a disabled minor*

## **CERTIFICATION**

I, _____ am a practicing OB/GYN and have reviewed the records of Carmen Balderas and her son, Braulio Alfredo Bringas, and have determined that there is a reasonable and meritorious cause for the filing of an action. Specifically, emergency cesarean delivery was not timely and caused permanent injury to Braulio Alfredo Bringas.