UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE BRINGAS AND CARMEN BALDERAS, INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF BRAULIO A. BRINGAS, a disabled minor,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 08 C 435<br><br>Judge Andersen |

## ATTORNEY DESIGNATION

      Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

                                                  Respectfully submitted,

                                                  PATRICK J. FITZGERALD
                                                  United States Attorney

                                                  By: s/Jack Donatelli
                                                       JACK DONATELLI
                                                       Assistant United States Attorney
                                                       219 South Dearborn Street
                                                       Chicago, Illinois 60604
                                                       (312) 353-4220
                                                       jack.donatelli@usdoj.gov