UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE BRINGAS AND CARMEN BALDERAS, individually and as parents and next friends of BRAULIO A. BRINGAS, a disabled minor, | ) ) ) ) | |
| Plaintiffs, | ) | No. 08 C 435 |
| v. | ) ) | Judge Andersen |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS**

The defendant, United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this court, pursuant to Fed. R. Civ. P. (12)(b)(1), to dismiss the complaint for lack of subject matter jurisdiction. The United States files herewith a memorandum in support of this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jack Donatelli
JACK DONATELLI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
jack.donatelli@usdoj.gov