# Exhibit A

| CLAIM FOR DAMAGE, INJURY, OR DEATH  AMENDED | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.  07-0293 | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency:  See Attached Document | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code)  See Attached Document |
|---|---|

| 3. TYPE OF EMPLOYMENT  ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH  01/12/05 | 5. MARITAL STATUS  Single | 6. DATE AND DAY OF ACCIDENT  01/12/05 | 7. TIME (A.M. OR P.M.)  1:16 a.m. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

See Attached Document.

RECEIVED CLAIMS OFFICE 2007 MAY -7 AM 11:02 HHS/OGC/GLD

### PROPERTY DAMAGE

9. NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Not applicable.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

### PERSONAL INJURY/WRONGFUL DEATH

10. STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Brain injury resulting in permanent physical and mental impairment.

### WITNESSES

| 11. NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Medical Staff | Mercy Medical Center, Chicago, Illinois |
| Jose Bringas | 8300 South Baltimore Avenue, Chicago, IL 60617 |
| Carmen Bringas | 8300 South Baltimore Avenue, Chicago, IL 60617 |

### 12. AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| Not applicable | $60,000,000.00 | Not applicable | $60,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)  [signature] | 13b. Phone number of person signing form  (312) 236-2522 | 14. DATE OF SIGNATURE  May 4, 2007 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

95-109                NSN 7540-00-634-4046

STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property. |

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

Not applicable.

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17. If deductible, state amount.

Not applicable.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

Not applicable.

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95   BACK

*Braulio A. Bringas, a minor*

# AMENDED
# CLAIM FOR DAMAGE, INJURY OR DEATH

1. Department of Health and Human Services
   Office of the General Counsel
   General Law Division
   Claims Office
   330 Independence Avenue Southwest
   Room 4256
   Wilbur J. Cohen Federal Building
   Washington, D.C. 20201

   Ms. Donna Morros Weinstein
   Chief Counsel Region V – Chicago
   Department of Health and Human Services
   233 North Michigan Avenue
   Suite 700
   Chicago, Illinois 60601

2. Braulio A. Bringas, Jose Bringas (father) and Carmen Balderas (mother)
   8300 South Baltimore Avenue
   Chicago, Illinois 60617-2109

   Claimant's Personal Representative:   Robert F. Geimer
   PATRICK J. KENNEALLY, LTD.
   30 North LaSalle Street
   Suite 4030
   Chicago, Illinois 60602
   (312) 236-2522

8. Braulio A. Bringas, a minor, sustained a brain injury as the result of a failure to timely deliver Braulio A. Bringas by emergency cesarean section on or about January 12, 2005 at Mercy Medical Center in Chicago, Illinois. Mark E. Kosanovich, M.D. was the attending physician, and it has been asserted that he is deemed an employee of the United States Federal Government by virtue of his relationship with Alivio Medical Center in Chicago, Illinois.

## AFFIDAVIT OF ROBERT F. GEIMER

ROBERT F. GEIMER, being first duly sworn on oath, deposes and says as follows:

1. My law firm has been retained to represent Braulio A. Bringas, a minor, and his parents, Jose Bringas and Carmen Balderas, in connection with a brain injury sustained by Braulio A. Bringas.

2. I have been specifically authorized to present a claim on behalf of the aforementioned as their legal representative.

FURTHER AFFIANT SAYETH NOT.

> Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid the he verily believes the same to be true.

_____
Robert F. Geimer

Subscribed and sworn to before me
this 4th day of May, 2007.

_____
Notary Public

"OFFICIAL SEAL"
Dawn M. Cerullo
Notary Public, State of Illinois
My Commission Expires May 22, 2008

2007 MAY -7 AM 11:02
RECEIVED
CLAIMS OFFICE
HHS/OGC/GLD

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JOSE BRINGAS AND CARMEN BALDERAS, )
AS PARENTS AND NEXT FRIENDS OF )
BRAULIO A. BRINGAS, a disabled minor, )
)
Plaintiffs, )
)
v. ) No.
) JURY DEMANDED
MARK E. KOSANOVICH, M.D., )
)
Defendant. )

2007L000944
CALENDAR/ROOM Z
TIME 00:00
Medical Malpractice

## COMPLAINT AT LAW

Plaintiffs, JOSE BRINGAS AND CARMEN BALDERAS, AS PARENTS AND NEXT FRIENDS OF BRAULIO A. BRINGAS, a disabled minor, by their attorneys, PATRICK J. KENNEALLY, LTD., and complaining of Defendant, MARK E. KOSANOVICH, M.D., hereby state as follows:

1. On or about January 12, 2005, CARMEN BALDERAS, and her unborn child, BRAULIO A. BRINGAS, presented to Mercy Medical Center in Chicago, Illinois and were under the care of MARK E. KOSANOVICH, M.D.

2. At all times relevant, it was the duty of the Defendant, MARK E. KOSANOVICH, M.D. to exercise due care and caution in the examination, diagnosis, care and treatment of the Plaintiffs.

3. Notwithstanding the aforementioned duty, Defendant, MARK E. KOSANOVICH, M.D., breached his duties in one or more of the following ways:

    a.    Failed to timely deliver BRAULIO A. BRINGAS by emergency cesarean section.

4.  As a direct and proximate result of the aforesaid, BRAULIO A. BRINGAS, a minor, has suffered and will continue to suffer serious and permanent injuries including, but not limited to, pain, disability, loss of a normal life, loss of earning capacity and medical expenses.

**WHEREFORE,** Plaintiffs, JOSE BRINGAS AND CARMEN BALDERAS, AS PARENTS AND NEXT FRIENDS OF BRAULIO A. BRINGAS, a disabled minor, request that this Court enter a judgment in an amount in excess of the amount necessary for jurisdiction of this Court.

PATRICK J. KENNEALLY, LTD.

_____
Robert F. Geimer

PATRICK J. KENNEALLY, LTD.
30 North LaSalle Street
Suite 4030
Chicago, Illinois 60602
(312) 236-2522
Firm I.D. No.: 25559

# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Jose Bringas, et al.
                        Plaintiff,

v.                                              Case No.: 1:07−cv−03888
                                              Honorable James B. Zagel

Mark E. Kosanovich, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 14, 2008:

      MINUTE entry before Judge James B. Zagel :Motion to dismiss for failure to exhaust administrative remedies [4] is granted. Case is dismissed without prejudice and without costs. Status set for 1/16/2008 is stricken. Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.