UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE BRINGAS AND CARMEN BALDERAS, individually and as parents and next friends of BRAULIO A. BRINGAS, a disabled minor, | ) ) ) ) | |
| Plaintiffs, | ) | No. 08 C 435 |
| v. | ) | Judge Andersen |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:    Robert F. Geimer
       Patrick J. Kenneally, Ltd.
       30 North Lasalle Street, Suite 4030
       Chicago, IL 60602

  Take notice that I will appear before Judge Andersen on Thursday, April 3, 2008, at 9:00 a.m.

in courtroom 1403 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago,

Illinois, and present the enclosed Defendant's Motion to Dismiss.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _s/ Jack Donatelli_
       JACK DONATELLI
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-4220
       jack.donatelli@usdoj.gov