### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JOSE BRINGAS AND CARMEN BALDERAS, INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF BRAULIO A. BRINGAS, a disabled minor, | ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 08 C 435 ) Honorable Wayne R. Andersen ) Magistrate Judge Jeffrey Cole |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

### NOTICE OF FILING

TO:    Mr. Jack Donatelli, Assistant United States Attorney, 219 South Dearborn Street, Chicago, Illinois 60604

**PLEASE TAKE NOTICE THAT** on the 18th day of April, 2008, we caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, *Plaintiffs' Response to Defendant's Motion to Dismiss*, a copy of which is attached hereto and herewith served upon you.

_____
Robert F. Geimer

PATRICK J. KENNEALLY, LTD.
30 North LaSalle Street
Suite 4030
Chicago, Illinois 60602
(312) 236-2522
A.R.D.C. No.: 6206964

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with Fed.R.Civ.P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents: *Notice of Filing* and *Plaintiffs' Response to Defendant's Motion to Dismiss* were served on the 18th day of April, 2008, pursuant to the District Court's ECF System as to ECF Filers.

_____

Subscribed and sworn to before me
this 18th day of April, 2008.

_____
Notary Public

**"OFFICIAL SEAL"**
Dawn M. Cerullo
Notary Public, State of Illinois
My Commission Expires May 22, 2008