# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Braulio A. Bringas

                Plaintiff,

v.                                              Case No.: 1:08–cv–00435
                                                    Honorable Wayne R. Andersen

The United States of America

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 17, 2008

                                                                                /s/ Wayne R. Andersen

                                                                        United States District Judge